UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WENDY GAUNTT,                              )
                                           )
            Plaintiff,                     )
                                           )
     v.                                    )        No.  4:13CV1173 TIA
                                           )
METROKANE, INC.,                           )
                                           )
            Defendants.                    )

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for More Definite Statement Directed to Defendant's Answer (Docket No. 8).  The parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c).

The undersigned notes that Plaintiff does not provide a memorandum in support of her one-paragraph Motion for More Definite Statement as required under the local rules.  See E.D.Mo. L.R. 7- 4.01(A) ("Unless otherwise directed by the Court, the moving party shall file with each motion a memorandum in support of the motion, including any relevant argument and citations to any authorities on which the party relies.").  Plaintiff has not set forth her arguments and citations to authorities on which she relies in the motion itself.  Because Plaintiff does not file a memorandum in support of her Motion for More Definite Statement, the Motion fails on this basis alone.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for More Definite Statement Directed to Defendant's Answer  (Docket No. 8) is **DENIED**.

                          _____/s/ Terry I. Adelman_____
                          UNITED STATES MAGISTRATE JUDGE

Dated this  _28th_  day of August, 2013.